UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUIISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **DOROTHY GIROIR, et al LLC, ET AL** | **CIVIL ACTION NO: 07-0992** |
| **VERSUS** | **JUDGE RICHARD T. HAIK** |
| **ABBOTT LABORATORIES** | **MAGISTRATE JUDGE HILL** |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Dorothy Giroir, individually and as representative of the Estate of Aubrey Giroir, Tracy Giroir, Randy Giroir Sr., Patrick Giroir, and Lisa Eisman, who state that they wish to voluntarily dismiss defendant, Abbott Laboratories, terminating this case.

WHEREFORE, Plaintiffs, Dorothy Giroir, individually and as a representative of the Estate of Aubrey Giroir, Tracy Giroir, Randy Giroir St., Patrick Giroir, and Lisa Eisman, move this Court for an order dismissing defendant, Abbott Laboratories, and dismissing this case, with each party to bear their own costs.

Respectfully submitted,

SILVESTRI & MASSICOT

/s/ Frank A. Silvestri
Frank A. Silvestri, LA Bar No. 12075
John Paul Massicot, LA Bar No. 9033

> Damien Savoie, LA Bar No. 19144
> 3914 Canal Street
> New Orleans, LA 70119
> Ph. 504-482-3400
> Fax: 504-488-6082

## CERTIFICATE OF NON-OPPOSITION

Counsel certifies the foregoing motion has been discussed with opposing counsel and that defendant has no objection to same.

> s/ Frank A. Silvestri_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> /s/ Frank A. Silvestri_____

2